UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)  3:09-md-02100-DRH<br>)<br>)  MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Susan Graham v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10453-DRH |
| *Cassie Haines-Koch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10814-DRH |
| *Sarah Cowell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11552-DRH |
| *Teresa Brent Ellis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10750-DRH |
| *Mary Flowers-Webber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10176-DRH |
| *Sheryll Gildo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10930-DRH |
| *LaDonna Gritts v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10803-DRH |
| *Deborah Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10586-DRH |
| *Loreal Harvey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10454-DRH |
| *Leah Shipman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11995-DRH |
| *Latoya Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10132-DRH |
| *Beth Gillis v. Bayer Corporation, et al.* | No. 10-cv-20503-DRH |
| *Amy Salem, et al. v. Bayer AG, et al.* | No. 13-cv-10648-DRH |

| | |
|---|---|
| *Erica Hedberg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10296-DRH |
| *Kimberly Miller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10921-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 27, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.28 14:14:26 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT